UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN T. GREENE,

        Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

        Defendants.

CASE NO. C09-5055RBL/JRC

REPORT AND RECOMMENDATION

Noted for May 8, 2009

    This §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judge' Rules MJR 1, MJR 3, and MJR 4.

    This matter is before the court for initial review. Plaintiff has moved to proceed *in forma pauperis* (Dkt. #1). The Clerk's Office informed him of defects in his application to proceed *in forma pauperis* and gave him until March 9, 2009, to correct those defects (Dkt. # 2). The letter outlining the defects was returned as undeliverable on February 10, 2009. Plaintiff has not provided a current address.

REPORT AND
RECOMMENDATION - 1

The Court now recommends this action be **DISMISSED WITHOUT PREJUDICE** based on plaintiff's failure to deep the court apprised of a current address.

Local Rule 41 (b) (2) allows the court to dismiss an action without prejudice for failure to prosecute when mail has been returned and the plaintiff has not provided a current address in the next sixty days. Here, mail was returned on February 10, 2009. As of April 13, 2009, sixty days have passed since the letter was returned and no change of address has been received. This action should be DISMISSED WITHOUT PREJUDICE. The action does not count as a strike because plaintiff was not granted *in forma pauperis* status.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on May 8, 2009.

DATED this 15th day of April, 2009.

J. Richard Creatura
United States Magistrate Judge

REPORT AND
RECOMMENDATION - 2