UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN T. GREENE,

                Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

                Defendants.

No. 09-5055RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to provide a current address within sixty-days of mail being returned to court. See, Local Rule 41 (b) (2).

    (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

     DATED this 8th day of May, 2009.

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1