# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN T. GREENE

        v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5055RBL-JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to provide a current address within sixty-days of mail being returned to court. See, Local Rule 41(b) (2).

May 13, 2009

BRUCE RIFKIN
Clerk

Jennie L. Patton
Deputy Clerk